UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVICE WEST INC.,<br><br>　　　　Defendant. | Case No. 18-cv-01404-DMR<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　(X)　　IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

　　(X)　　The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

　　( )　　IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee is $400.00 be paid no later than.  Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

　　( )　　IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

　　　　( )　　Filing fee waived in part:  partial payment of $ due on, remaining balance to

be waived.

        ( )     Partial payment of $ due on, remaining balance due and payable on.

        ( )     Partial payment of $ due on, remaining balance due in installments as follows.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: March 13, 2018

_____
DONNA M. RYU
United States Magistrate Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES)

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

GEORGETTE G. PURNELL,

    Plaintiff,

    v.

SERVICE WEST INC.,

    Defendant.

Case No. 4:18-cv-01404-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Georgette G. Purnell
1560 Fulton Avenue, Apt. 103
Fresno, CA 93721

Dated: March 13, 2018

                                    Susan Y. Soong
                                    Clerk, United States District Court

                                    By:_____
                                    Ivy Lerma Garcia, Deputy Clerk to the
                                    Honorable DONNA M. RYU