# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br>　　　　Plaintiff,<br>　　v.<br>SERVICE WEST INC.,<br>　　　　Defendant. | Case No. 18-cv-01404-PJH (SK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 36 |

On June 18, 2017, the parties were notified of a telephone scheduling conference set for today, June 27, 2018 at 11:00 a.m. Plaintiff did not call in, as required. Therefore, the Court issues this Order requiring Plaintiff Georgette Purnell to reply in writing as to why she should not be sanctioned $200 for failure to appear. Plaintiff shall file a response by July 6, 2018.

**IT IS SO ORDERED**.

Dated: June 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　
SALLIE KIM
United States Magistrate Judge